IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANDREW GARCIA,

    Plaintiff,

v.                                         CV No. 20-1179 MV/CG

DEPARTMENT OF CORRECTIONS;
LISA MURRAY TRABAUDO, D.D.A,

    Defendants.

## ORDER TO CURE DEFICIENCIES

**THIS MATTER** is before the Court on Plaintiff's *Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915*, (the "Motion"), in this civil rights action, (Doc. 2). The Court cannot rule on the Motion because Plaintiff did not attach a certified inmate account statement for the period between May 12, 2020, and November 12, 2020, as required by 28 U.S.C. § 1915(a)(2). Plaintiff must cure this deficiency no later than **December 16, 2020**. All filings should include the case number (CV No. 20-1179 MV/CG). The failure to timely comply with this Order will result in dismissal of this case without further notice.

**IT IS THEREFORE ORDERED** that by **December 16, 2020**, Plaintiff must submit an inmate account statement reflecting transactions between May 12, 2020 and November 12, 2020.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE